UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
In Re:

Hypnotic Taxi LLC, *et al.,* [1]

                Debtors.
--------------------------------------------------------------------x
Gregory Messer, as Chapter 7 Trustee of
Hypnotic Taxi LLC, *et al.,*

                Plaintiff,

       -against-

Evgeny Freidman, 28th Street Management, Inc.,
Downtown Taxi Management, Inc.,
Woodside Management, Inc., and
Tunnel Taxi Management, LLC,

                Defendants.
--------------------------------------------------------------------x

Chapter 7
Case No. 15-43300 (CEC)
(Jointly Administered)

Adv. Proc. No. 17-01143 (CEC)

**JUDGMENT**

Upon the Stipulation and Order (the "Stipulation") by and between Gregory M. Messer,

solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the jointly-administered estates

of Hypnotic Taxi LLC, *et al*., and Evgeny Freidman ("Freidman") in connection with the above-

captioned Adversary Proceeding; and while Freidman disputed the claims of the Trustee and the

amounts asserted to be due by the Trustee and while not admitting liability Freidman has agreed

to settle the Trustee's claims to avoid further costs and litigation; and the Trustee having filed a

motion, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, seeking approval of

the Stipulation (the "Motion"); and the Court having conducted a hearing on the relief sought by

---

[1] Debtors are Hypnotic Taxi LLC (Case No. 15-43300), Vodka Taxi LLC (Case No. 15- 43320), Pudding Taxi LLC (Case No. 15-43318), Chopard Taxi Inc. (Case No. 15-43306), Iceberg Taxi Inc. (Case No. 15-43311), Milkyway Cab Corp. (Case No. 15-43314), VSOP Taxi Inc. (Case No. 15-43321), Cupcake Taxi LLC (Case No. 15-43307), Dorit Transit Inc. (Case No. 15-43308), Hennessey Taxi Inc. (Case No. 15-43310), Candy Apple Taxi LLC (Case No. 15-43304), Stoli Taxi Inc. (Case No. 15-43319), Pointer Taxi Inc. (Case No. 15-43317), Palermo Taxi, Inc. (Case No. 15-43315), Marseille Taxi LLC (Case No. 43312), Bombshell Taxi LLC (Case No. 15-43301), Merlot Taxi LLC (Case No. 15-43313), France Taxi LLC (Case No. 15-43309), Bourbon Taxi LLC (Case No. 15-43302), Chianti Taxi LLC (Case No. 15-433045), Pinot Noir Taxi LLC (Case No. 15-43316) and Butterfly Taxi LLC (Case No. 15-43303) (collectively, "Debtors" or individually "Debtor") are the Debtors in these jointly administered cases.

the Trustee in the Motion, the record of which is incorporated by reference; and the Court having so-ordered the Stipulation.

**NOW,** after due deliberation and good cause appearing therefore, it is hereby:

**ADJUDGED and DECREED**, that Gregory M. Messer, solely in his capacity as the Chapter 7 Trustee of Hypnotic Taxi LLC *et al*. estates have judgment against the Defendant, Evgeny Freidman, having a residential address at 502 Park Avenue, New York, New York 10065, in the amount of one million ($1,000,000.00), plus interest thereon at the statutory post-judgment rate of 9% per annum.

Date: February 13, 2019

ROBERT A. GAVIN, JR.
CLERK OF COURT

s/ Robert A. Gavin, Jr.
*Signature of Clerk of Court*